| | |
|---|---|
| 1 | **MARK A. KIRKORSKY, P.C.** |
| | Stephen R. Kopolow, Esq. |
| 2 | Nevada Bar No. 008533 |
| | 8020 W. Sahara Ave., Suite 225 |
| 3 | Las Vegas, NV 89117 |
| | Telephone: 888-519-2173 |
| 4 | Facsimile: 702-685-7237 |
| | Attorney for Plaintiff |
| 5 | Email: jfahey@makpc.com |
| | Attorney for Defendant |
| 6 | HONOR FINANCE, LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEWANN WILLIAMS AND CAROLINA WILLIAMS, | ) Case Number: 2:18-cv-00697-APG-VCF  <br>)  <br>) **STIPULATION AND** |
| Plaintiffs, | ) **ORDER TO SET ASIDE DEFAULT AND**  <br>) **ALLOW THE DEFENDANT THIRTY** |
| vs. | ) **(30) DAYS IN WHICH TO FILE ITS**  <br>) **RESPONSIVE PLEADING** |
| HONOR FINANCE, LLC | )  <br>) **(FIRST REQUEST)** |
| Defendant. | )  <br>) Complaint Filed: April 17, 2018  <br>) Hon. Judge Andrew P. Gordon;  <br>) Hon. Magistrate Judge Cam Ferenbach |

This Stipulation to set aside the Default entered in the above-captioned matter is made between Plaintiffs, DEWANN WILLIAMS and CAROLINA WILLIAMS and Defendant, HONOR FINANCE, LLC. (collectively, "Parties")

**STIPULATION**

NOW, THEREFORE, the Parties hereby stipulate to set-aside the Default entered in the above-captioned matter and to allow the Defendants thirty (30) days in which to file its responsive

/ / /

/ / /

/ / /

/ / /

-1-

pleading so that the Parties may engage in substantive settlement discussions.

**IT IS SO STIPULATED**

DATED: June 20, 2018          By: /s/ *Stephen R. Kopolow, Esq*
                                                 Stephen R. Kopolow, Esq.
                                                 Nevada Bar No. 008533
                                                 8020 W. Sahara Ave., Suite 225
                                                 Las Vegas, NV 89117
                                                 Telephone: 888-519-2173
                                                 Facsimile: 702-685-7237
                                                 Attorney for Plaintiff
                                                 *Email: jfahey@makpc.com*
                                                 Attorney for Defendant
                                                 HONOR FINANCE, LLC

DATED June 20, 2018          By: /s/ *David H. Krieger, Esq.*
                                                 David H. Krieger, Esq.
                                                 Nevada Bar No. 9086
                                                 HAINES & KRIEGER, LLC
                                                 8985 S. Eastern Ave., Suite 350
                                                 Henderson, NV 89123
                                                 Telephone: 702-880-5554
                                                 Facsimile: 702-385-5518
                                                 Email: dkrieger@hainesandkrieger.com
                                                 Attorney for Plaintiffs
                                                 DEWANN WILLIAMS and CAROLINA
                                                 WILLIAMS

                                                 **ORDER**

                                                 **IT IS SO ORDERED.**

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE
                                                 Dated: June 21, 2018.