Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs Dewann Williams and Carolina Williams*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Dewann Williams and Carolina Williams, | Case No.: 2:18-cv-00697-APG-VCF |
|---|---|
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| Honor Finance, LLC, | |
| Defendants. | |

# NOTICE

The dispute between Dewann Williams and Carolina Williams ("Plaintiffs") and Honor Finance, LLC ("Defendant") has been resolved. Plaintiffs anticipate filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **February 15, 2019**.

DATED this 17th day of December 2018.

                    Respectfully submitted,

                    **KAZEROUNI LAW GROUP, APC**

                    By: /s/ Michael Kind
                         Michael Kind, Esq.
                         6069 S. Fort Apache Rd., Ste. 100
                         Las Vegas, NV 89148
                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 17, 2018, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148