Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Dewann Williams and Carolina Williams*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Dewann Williams and Carolina Williams,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Honor Finance, LLC,<br><br>　　　　Defendant. | Case No.: 2:18-cv-00697-APG-VCF<br><br>**Stipulation of Dismissal** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Dewann Williams and Carolina Williams ("Plaintiffs") and Honor Finance, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiffs' claims against Defendant in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 13th day of March 2019.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**MARK A. KIRKORSKY, P.C.**

By: /s/Stephen R. Kopolow
Stephen R. Kopolow, Esq.
3265 N. Fort Apache; Ste. 202
Las Vegas, NV 89129
*Attorneys for Defendant Honor Finance, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 3/14/2019